**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 1:25mj051 | **DATE:** September 26, 2025 |
| **UNITED STATES OF AMERICA** | **TIME:** 3:43 - 4:17 |
| v. | **LOCATION:** Augusta, GA |
| Nicholas Lehr | |

| | |
|---|---|
| **Judge:** Brian K. Epps, US Magistrate Judge | **Courtroom Deputy:** Courtnay Capps |
| **Court Reporter:** FTR | **Interpreter:** |
| **Probation Officer:** Justin Brownlee | **Security:** CSO Ingram; USMS Brant |
| **Attorney(s) for Government:** Henry Syms | |
| **Attorney(s) for Defendant:** David Stewart | |

**PROCEEDINGS:**   **INITIAL APPEARANCE - REMOVAL (RULE 5)**

**CHARGING DISTRICT:**   Eastern District of Missouri, Eastern Division

**CASE NUMBER:**   4:25cr491 HEA JSD

- [x] Defendant advised of charges and penalties
- [ ] Defendant qualifies for Court appointed counsel
- [ ] Defendant waives preliminary hearing
- [ ] Defendant waives identity hearing
- [ ] Defendant requests preliminary hearing:
- [ ] Preliminary hearing held
- [ ] Government moves for detention:
  - [ ] Defendant waives detention hearing in SDGA
  - [ ] Defendant requests detention hearing in charging district
  - [ ] _____ requests time to prepare for detention hearing
  - [ ] Detention hearing scheduled for:
  - [ ] Detention hearing held.
- [x] Defendant released on Bond **$10,000 unsecured.**
  - [ ] Defendant is ordered to appear at the charging district on:
- [ ] Defendant detained pending a detention hearing
- [ ] Defendant remanded to the custody of USMS for transport to:_____

**NOTES:**

Because of concerns regarding Defendant's competency at the outset of the hearing, a competency evaluation will be ordered.
Government does not move for detention.  Defendant released on $10,000 unsecured bond.  Defendant's mother, Wendy Rico, will serve as custodian.