IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MJ 125-051 |
| | ) | |
| NICHOLAS LEHR | ) | |

**O R D E R**

The Court attempted to conduct a removal hearing for Defendant on September 26, 2025. (Doc. no. 2.) At this hearing, the Court developed concerns that Defendant lacks the requisite mental capacity to proceed after Defendant provided disjointed and confused answers during a colloquy with the Court about the nature and consequences of the instant proceedings. Accordingly, because there is reasonable cause to believe Defendant may suffer from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, the Court **ORDERS** a mental examination pursuant to 18 U.S.C. § 4247, as authorized by 18 U.S.C. §§ 4241 and 4242.

The Court *may* commit a defendant for up to thirty days to the custody of the Attorney General for an evaluation at a BOP facility, but a custodial evaluation is not required. See 18 U.S.C. § 4247(b). Given Defendant is not being detained and a lengthy observation period is likely not required, a noncustodial evaluation is more appropriate, and the Court will appoint a local expert to conduct Defendant's evaluation as set forth in further detail below. See id.

By Friday, October 3, 2025, defense counsel should nominate a licensed or certified psychiatrist or clinical psychologist by a filing that attaches the nominee's resume or CV. <u>See id.</u> (requiring a "licensed or certified psychiatrist or psychologist"). The Court will then appoint an examiner to conduct the evaluation, set a time period within which Defendant must submit to be examined, and outline the parameters of the evaluation and the necessary contents of the report. Once the evaluation is completed, the evaluator will be responsible for submitting the report to the Court, upon receipt of which the Court will file the report under seal and schedule a competency hearing under 18 U.S.C. § 4247(d). Under the Guide to Judiciary Policy § 320.20.60, all costs associated with the mental evaluation will be the responsibility of the Department of Justice and all invoices must be submitted to the U.S. Attorney.

SO ORDERED this 29th day of September, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA