# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

### CLERK'S MINUTES

**CASE NO.:** 1:25mj051　　　　　　　　　　　　**DATE:** November 25, 2025

**UNITED STATES OF AMERICA**　　　　　　　　**TIMES:** 2:02 - 2:41

**V.**

Nicholas Lehr

**Honorable:** Brian K. Epps, United States Magistrate Judge　　**Courtroom Deputy:** Courtnay J. Capps

**Court Reporter:** FTR　　　　　　　　　　　　**Law Clerk:**

**Probation Officer:** --------　　　　　　　　**Security:** CSO Ingram;

**Attorney for Government:** Henry Syms

**Attorney for Defendant(s):** David Stewart

**PROCEEDINGS:** Status Conference

☐ All parties present and ready to proceed

**Witness for the Govt:**　　　　　　　　　　　☐ Witness sworn

**Witness for the Govt:**　　　　　　　　　　　☐ Witness sworn

**Witness for the Govt:**　　　　　　　　　　　☐ Witness sworn

**Witness for the Govt:**　　　　　　　　　　　☐ Witness sworn

**Witness for the Deft:**　　　　　　　　　　　☐ Witness sworn

**Witness for the Deft:**　　　　　　　　　　　☐ Witness sworn

**NOTES:**

Status conference held. Counsel and the Court engaged in an informative discussion concerning the procedural peculiarities of this case and agreed the best next step is another status conference in a few weeks to allow for further discussion with all stakeholders.