UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No: 1:25-mj-00051-BKE |
| | ) | |
| NICHOLAS LEHR | ) | |

## MOTION TO TRAVEL

COMES NOW Nicholas Lehr, by and through his undersigned counsel, and respectfully requests that he be permitted to travel with his family from his home in Grovetown, Georgia to Myrtle Beach, South Carolina to attend the wedding of his aunt. Mr. Lehr would be in the custody of his adult family members the entire trip, from their departure from their home on December 30, 2025, until their return home on January 2, 2026. Additionally, Mr. Lehr requests permission to travel with a family member from his home to St. Louis, Missouri for his initial appearance in this case in that federal court on January 16, 2026. The undersigned has communicated with the pretrial services officer who is supervising Mr. Lehr and he does not oppose this request.

Respectfully submitted this 17th day of December, 2025.

/s/ David M. Stewart
CROWDER STEWART LLP
540 James Brown Boulevard
Post Office Box 160
Augusta, Georgia 30903
706.434.8799

1

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This 17th day of December, 2025.

*/s/ David M. Stewart*
CROWDER STEWART LLP
540 James Brown Boulevard
Post Office Box 160
Augusta, Georgia 30903
706.434.8799
